JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GIULIVO, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2-22-cv-04163-SB-GJS<br>Assigned: Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: March 29, 2022<br>Removal Filed: June 16, 2022<br>Answer: June 16, 2022<br>Trial: July 10, 2023 |

# ORDER

The Court having read and considered the Parties' stipulation,

**IT IS HEREBY ORDERED THAT**

This action shall be dismissed in its entirety without prejudice.  The parties do not waive any right (if any) to recover costs or fees incurred in this action.  The parties agree that, if any party would be entitled to recover any costs or fees incurred in this action, that party may recover those costs or fees in connection with the related California state court action entitled *Garner v. Albertson's LLC*, filed on or about November 10, 2021 in Los Angeles County Superior Court, Case No. 21AVCV00910.

**IT IS SO ORDERED.**

Dated: January 24, 2023



Stanley Blumenfeld, Jr.
United States District Judge